IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON M. SIMS, SR.                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 4:19-CV-145-DMB-JMV

COAHOMA COUNTY, MISSISSIPPI                                                DEFENDANT

## **ORDER**

This matter is before the court upon the joint motion of the parties for an extension of the case management order deadlines, following today's [35] status conference. The court finds good cause to extend the requested deadlines.

THEREFORE, the case management order shall be amended as follows:

1. Plaintiff shall designate expert witnesses by June 10, 2020;

2. Defendant shall designate expert witnesses by July 10, 2020;

3. All discovery shall be completed by October 1, 2020;

4. All *Daubert*-type motions shall be filed by  October 21, 2020 and

5. All dispositive motions shall be filed by November 5, 2020.

As only five months now remain between the dispositive motions deadline and the trial date, the parties are forewarned that no further extensions shall be granted, absent a trial continuance.

SO ORDERED this, the 7th day of May, 2020.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE