**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JASON M. SIMS, SR.**                                                                                   **PLAINTIFF**

**V.**                                          **NO. 4:19-CV-145-DMB-JMV**

**COAHOMA COUNTY, MISSISSIPPI**                          **DEFENDANT**

**ORDER**

The Court has been advised that a settlement was reached in this case. In light of the settlement, all pending motions [56][59][70] are **DENIED as moot**.[1]

**SO ORDERED**, this 1st day of April, 2021.

                                                          **/s/Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**

---

[1] Should the settlement not be consummated, the motions may be refiled, if appropriate.